# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146496(51)

_____

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SUZANNE FAY LAFOUNTAIN,
          Defendant-Appellant.
_____/

SC: 146496
COA: 306858
Cheboygan CC: 10-004267-FH

On order of the Chief Justice, the motion by defendant-appellant to extend the time for filing her appeal brief is GRANTED. The brief received on July 29, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2013



Clerk